**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**INDIA SIMPSON**                                                                **PLAINTIFF**

**v.**                                      **No. 4:25-cv-1162-DPM**

**ARKANSAS DEPARTMENT OF**
**HUMAN SERVICES**                                                       **DEFENDANT**

**ORDER**

1.      Simpson's application to proceed *in forma pauperis*, *Doc. 1*, is granted.  She reports no income and little savings.

2.      This is Simpson's second case.  The Court dismissed her first suit because her pleadings were signed by her mother, Kenyada Sain, who holds Simpson's power of attorney.  *Doc. 4 at 2* in *Simpson v. Arkansas Department of Human Services*, No. 4:25-cv-847-DPM (E.D. Ark. 30 October 2025).  Simpson has cured this issue and refiled.  She now moves this Court to accept her current complaint as timely and to apply equitable tolling.  *Doc. 3*.  The Court defers reaching a decision on that motion until it hears from the Department of Human Services.  First, the Court must screen her complaint. 28 U.S.C. § 1915(e)(2).

Simpson brings this workplace discrimination claim under the Americans with Disabilities Act and § 504 of the Rehabilitation Act. She alleges that she was denied adequate accommodations and subjected to discrimination, retaliation, and eventually fired.  Simpson doesn't

identify her job title, but she says she worked for DHS from October 2023 to March 2025.

Simpson suffers from learning and mood disorders, Tourette Syndrome, and Attention-Deficit/Hyperactivity Disorder. She sought workplace accommodations in February 2024. She says her requests were ignored until the summer. In July 2024, she gave DHS a formal diagnosis and her doctor-recommended accommodations, which included flexible breaks, private spaces for tics, remote work, and reduced distractions. DHS denied her request in September and affirmed her appeal of that decision, citing "undue hardship." *Doc. 2 at 3*. During this time, Simpson argues that she was humiliated and penalized due to the lack of accommodations. For example, she says that, because DHS didn't give her a private space, she had to go outside to release vocal tics and manage her ADHD symptoms. Simpson also says that she was penalized for taking repeated bathroom breaks. This resulted in her fearing harassment should she go to the bathroom at all.

Simpson contacted the Equal Employment Opportunity Commission in October 2024. She says the harassment, bathroom monitoring, meetings, and work demands intensified after that contact. Simpson also recounts being questioned about why she had not disclosed seeking Medicaid coverage. That required her mother to call into the meeting to explain that she was the one who had sought the coverage on Simpson's behalf. DHS fired Simpson on 31 March 2025.

In her termination letter, DHS explained that she was being fired due to "gross misconduct, lack of professionalism, honesty, and integrity." *Doc. 2 at 4.* Simpson says DHS forced her to sign various performance improvement plans; but she questions the authenticity of the plans that DHS provided to the EEOC in defense of its decision to fire her. Simpson notes that they contained cursive signatures she couldn't have provided.

3.  Read in the light most favorable to Simpson, her complaint states plausible ADA and Rehabilitation Act claims. *Cook v. George's, Inc.*, 952 F.3d 935, 939 (8th Cir. 2020); *see also Neudecker v. Boisclair Corp.*, 351 F.3d 361, 363–64 (8th Cir. 2003).

4.  The Clerk must prepare summons for DHS and provide copies of the summons along with the complaint and this Order to the Marshal, who must serve process, without prepayment of fees, by registered mail, restricted delivery, return receipt required, to both the Arkansas Department of Human Services, P.O. Box 1437, Little Rock, Arkansas 72703 as well as the Arkansas Attorney General's Office, 101 West Capitol Avenue, Little Rock, Arkansas 72701.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 May 2026

- 3 -