IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

INDIA SIMPSON                                                    PLAINTIFF

v.                              No. 4:25-cv-1162-DPM

ARKANSAS DEPARTMENT OF
HUMAN SERVICES                                                   DEFENDANT

ORDER

The Court gave the wrong zip codes.  The Clerk must prepare summons for DHS and provide copies of the summons along with the complaint, *Doc. 3*, *Doc. 7*, and this Order to the Marshal, who must serve process, without prepayment of fees, by registered mail, restricted delivery, return receipt required, to both the Arkansas Department of Human Services, P.O. Box 1437, Little Rock, Arkansas 72203 as well as the Arkansas Attorney General's Office, 101 West Capitol Avenue, Little Rock, Arkansas 72201.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_3 June 2026_