# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

INDIA SIMPSON                                                    PLAINTIFF

v.                              No. 4:25-cv-1162-DPM

ARKANSAS DEPARTMENT OF
HUMAN SERVICES                                                   DEFENDANT

## ORDER

The Court ordered service in mid-May, reserving ruling on the equitable tolling issues until it heard from the Department of Human Services. *Doc. 7.* For various reasons, service has taken longer than expected. Simpson's motion for tolling, *Doc. 3*, is conditionally granted. But this ruling is without prejudice to DHS, if it chooses, revisiting and disputing equitable tolling in due course.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

14 July 2026