**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**INDIA SIMPSON** **PLAINTIFF**

**v.** **No. 4:25-cv-1162-DPM**

**ARKANSAS DEPARTMENT OF HUMAN SERVICES** **DEFENDANT**

# ORDER

Unopposed motion to stay, *Doc. 17*, denied. The Court is working on the pending motion, but to preserve forward momentum, the Court doesn't usually stay discovery based on a Rule 12 motion. And no special circumstances exist here.

So Ordered.

D.P. Marshall Jr.
United States District Judge

14 September 2026